IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

JASON HERSH,

    Plaintiff,

v.

GLOBAL MANAGEMENT ACQUSITION

FIRM, INC.

    Defendant,

Case No. 0:19-cv-61187



## ANSWER

1. Defendant is without knowledge as to paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint is admitted.

3. Paragraph 3 of the Complaint is Denied.

4. Defendant is without knowledge as to paragraph 4 of the Complaint.

5. Defendant is without knowledge as to paragraph 5 of the Complaint.

6. Defendant is without knowledge as to paragraph 6 of the Complaint.

7. Defendant is without knowledge as to paragraph 7 of the Complaint.

8. Paragraph 8 of the Complaint is Denied.

9. Paragraph 9 of the Complaint is Denied.

10. Paragraph 10 of the Complaint is Denied.

11. Paragraph 11 of the Complaint is Denied.

12. Paragraph 12 of the Complaint is Denied.

13. Paragraph 13 of the Complaint is Denied.

14. Defendant is without knowledge as to paragraph 14 of the Complaint.

15. Paragraph 15 of the Complaint is Denied.

16. Paragraph 16 of the Complaint is Denied.

17. Paragraph 17 of the Complaint is Denied.

18. Paragraph 18 of the Complaint is Denied.

19. Defendant is without knowledge as to paragraph 19 of the Complaint.

20. Defendant is without knowledge as to paragraph 20 of the Complaint.

21. Paragraph 21 of the Complaint is Denied.

22. Defendant is without knowledge as to paragraph 22 of the Complaint.

23. Paragraph 23 of the Complaint is Denied.

24. Paragraph 24 of the Complaint is Denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed/hand delivered by GLOBAL MANAGEMENT ACQUSITION FIRM, INC. to Joshua A. Mize Esq. at Mize Law PllC, Jupiter, FL 33477

DATED:  June 12, 2019

CC. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   US CLERK

*Lamont Cooper*

Lamont Cooper, Secretary
Global Management Acquisition Firm, Inc
1911 Grayson Hwy, Suite 8-130
Grayson, GA 30017

## G.S. § 10B-41 NOTARIAL CERTIFICATE FOR ACKNOWLEDGMENT

_MECKLENBURG_ County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

_Lamont Cooper_
Name(s) of principal(s)

Date: _06/12/2019_

(Official Seal)

_____, Official Signature of Notary

_JOZSEF BELA ANTAL_, Notary Public
Notary's printed or typed name

My commission expires: _11/03/2019_

JOZSEF BELA AN[TAL]
Notary Public
Mecklenburg Co., North C[aroli]na
My Commission Expires Nov[.] 2019

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL POSTAGE REQUIRED



**Retail**

US POSTAGE PAID
$10.40
Origin: 28212
06/12/19
3614020031-11

PRIORITY MAIL 2-Day®

0 Lb 2.50 Oz
1006

EXPECTED DELIVERY DAY: 06/14/19

C019

SHIP TO:
299 E BROWARD BLVD
STE 108
FORT LAUDERDALE FL 33301-1922

USPS SIGNATURE TRACKING NUMBER

9510 8153 8542 9163 2912 79

PS00001000014   EP14F July 2013
OD: 12.5 x 9.5

**PRIORITY MAIL**

FROM:

Global Management
1911 Grayson HWY   Suite B-130
Grayson, GA 30017

TO:

US Federal Building & Courthouse
299 East Broward Boulevard
Court Room 108
Fort Lauderdale, Florida 33301



Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®