## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:19-CV-61187

Plaintiff:
**JASON HERSH**

vs.

Defendant:
**GLOBAL MANAGEMENT ACQUISITION FIRM INC**


LIN2019008425

For:
Joshua A. Mize
Mize Law, PLLC
110 Front Street
Suite 300
Jupiter, FL 33477

Received by Lynx Legal Services, LLC on the 10th day of May, 2019 at 11:33 am to be served on **Global Management Acquisition Firm, Inc. c/o Walter Hargrove, Registered Agent, 758 Simon Way, Lawrenceville, GA 30045.**

I, Christopher Wright, being duly sworn, depose and say that on the **8th day of June, 2019 at 3:24 pm, I:**

delivered a true copy of the **21-Day Summons in a Civil Action and Complaint to: Global Management Acquisition Firm, Inc. c/o Walter Hargrove, Registered Agent,** by leaving at his/her **LAST AND USUAL PLACE OF ABODE** at the address of: **758 Simon Way, Lawrenceville, GA 30045.**

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me on the 20th day of July, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

JAPONICA GILBERT
NOTARY PUBLIC
FULTON COUNTY
STATE OF GEORGIA

Christopher Wright
Process Server

Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2019008425

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c