UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61187-CIV-ALTMAN

**JASON HERSH**,

    Plaintiff,

v.

**GLOBAL MANAGEMENT ACQUISITION FIRM INC.**,

    Defendant.

_____/

**FINAL DEFAULT JUDGMENT**

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Entry of Final Default Judgment (the "Motion") [ECF No. 11]. The Court granted the Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT**.

Accordingly, the Court hereby **ORDERS AND ADJUDGES** that **Final Default Judgment is hereby entered** in favor of the Plaintiff, Jason Hersh, and against the Defendant, Global Management Acquisition Firm, Inc., in the amount of $1,346.15 in actual damages, pursuant to 15 U.S.C. § 1692k(a)(1), and $11,000.00 for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), 47 U.S.C. § 227(b), and Fla. Stat. § 559.77, for a total award of $12,346.15, for which let execution issue.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of September 2019.

                                                                    _____
                                                                      **ROY K. ALTMAN**
                                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record